**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)*

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Nicholas** <br> First name <br><br> **G. A.** <br> Middle name <br><br> **Denton** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-1234** | |

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 1

Debtor 1  **Nicholas G. A. Denton**  Case number *(if known)*

Official Form 101

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **76 Crosby Street, Apt. 2B**<br>**New York, NY 10012**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Official Form 101  **Voluntary Petition for Individuals Filing for Bankruptcy**  page 2

Debtor 1    **Nicholas G. A. Denton**                                           Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **Gawker Media Group, Inc.** | Relationship to you | **Shareholder, President & CEO** |
| District | **Southern New York** | When **6/12/16** | Case number, if known | **16-11719** |
| Debtor | **Gawker Media, LLC** | | Relationship to you | **President** |
| District | **Southern New York** | When **6/10/16** | Case number, if known | **16-11700** |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Nicholas G. A. Denton** _____   Case number *(if known)* _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1  **Nicholas G. A. Denton**  Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   Nicholas G. A. Denton                                                    Case number *(if known)*

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Nicholas G. A. Denton                                       Signature of Debtor 2
Signature of Debtor 1

Executed on   August 1, 2016                              Executed on
              MM / DD / YYYY                                            MM / DD / YYYY

Debtor 1  **Nicholas G. A. Denton**                                                    Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Ilana Volkov**                                    Date    **August 1, 2016**
Signature of Attorney for Debtor                                MM / DD / YYYY

**Ilana Volkov**
Printed name

**Cole Schotz P.C.**
Firm name

**1325 Avenue of the Americas, 19th Floor**
**New York, NY 10019-6079**
Number, Street, City, State & ZIP Code

Contact phone  **212-752-8000**              Email address

**2500049 (NY)**
Bar number & State

**Fill in this information to identify your case:**

Debtor 1: **Nicholas G. A. Denton**
 First Name  Middle Name  Last Name

Debtor 2: 
(Spouse if, filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Terry Bollea**
**Attn: Eric Fisher, Esq.**
**c/o Binder & Schwartz LLP**
**366 Madison Avenue, 6th Floor**
**New York, NY 10017**

What is the nature of the claim? **Litigation - Judgment - Pending Appeal**   $ **$125,000,000.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
  Value of security:  - $
  Unsecured claim  $

efisher@binderschwartz.com
Contact

212-510-7008
Contact phone

**2**

**Meanith Huon**
**Huon Law Firm**
**P.O. Box 441**
**Chicago, IL 60690**

What is the nature of the claim? **Litigation - Pending**   $ **$100,000,000.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No

Debtor 1    **Nicholas G. A. Denton**    Case number *(if known)*

Contact
☐ Yes. Total claim (secured and unsecured)    $
Value of security:    - $
Contact phone    Unsecured claim    $

---

**3**

**Dr. Shiva Ayyadurai**
**c/o Law Offices of Anthony M. Vassallo**
**305 Fifth Avenue, Suite 1B**
**Attn: Anthony M. Vassallo, Esq.**
**Brooklyn, NY 11215**

**What is the nature of the claim?**    **Litigation - Pending**    $ **$35,000,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
Contact    Value of security:    - $
Contact phone    Unsecured claim    $

---

**4**

**Silicon Valley Bank**
**505 Fifth Avenue, 11th Floor**
**Attn: Ms. Jocelyn Hartmann**
**New York, NY 10017**

**What is the nature of the claim?**    **Loan - Guarantee (as of June 10, 2016)**    $ **$11,524,288.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
Contact    Value of security:    - $
Contact phone    Unsecured claim    $

---

**5**

**Ashley Terrill**
**c/o Law Offices of Anthony M. Vassallo**
**305 Fifth Avenue, Suite 1B**
**Attn: Anthony M. Vassallo, Esq.**
**Brooklyn, NY 11215**

**What is the nature of the claim?**    **Litigation - Pending**    $ **$10,000,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
Contact    Value of security:    - $
Contact phone    Unsecured claim    $

---

**6**

**Gawker Media 401(k)**
**c/o Fidelity Investments**
**Attn: Allen Johnson**
**900 Salem Street**

**What is the nature of the claim?**    **Loan - 401K**    $ **$50,000.00**

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Nicholas G. A. Denton**     Case number *(if known)*

**Smithfield, RI 02917**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

Contact

       Value of security:   - $ _____

**800-835-5097**
Contact phone

       Unsecured claim   $ _____

---

**7**

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

**What is the nature of the claim?**   **Credit Card**   $ **$11,851.20**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

Contact

       Value of security:   - $ _____
       Unsecured claim   $ _____

Contact phone

---

**8**

**JPMorgan Chase**
**PO Box 15123**
**Wilmington, DE 19850-5123**

**What is the nature of the claim?**   **Credit Card**   $ **$6,820.63**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

Contact

       Value of security:   - $ _____
       Unsecured claim   $ _____

Contact phone

---

**9**

**Con Edison**
**JAF Station**
**PO Box 1702**
**New York, NY 10116-1702**

**What is the nature of the claim?**   **Trade Debt - Utility**   $ **$1,186.06**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Nicholas G. A. Denton** Case number *(if known)*

Contact phone

Value of security: - $
Unsecured claim $

---

**10**

**Laboratory Corporation of America**
**PO Box 2240**
**Burlington, NC 27216-2240**

What is the nature of the claim? **Trade debt** $ **$540.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**11**

**Corporation Service Company**
**2711 Centerville Road, Suite 400**
**Wilmington, DE 19808**

What is the nature of the claim? **Trade debt** $ **$378.50**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**12**

**Lazar Mechanical**
**147 Essex Street**
**New York, NY 10002**

What is the nature of the claim? **Trade debt** $ **$370.18**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $
Value of security: - $
Unsecured claim $

Contact

Contact phone

---

**13**

**Time Warner Cable**
**41-51 Kissena Boulevard**
**Flushing, NY 11355-3189**

What is the nature of the claim? **Trade Debt - Utility** $ **$120.88**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1  Nicholas G. A. Denton | Case number *(if known)* |

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

_____
Contact

_____
Contact phone

**Part 2   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____/s/_____       X _____
Nicholas G. A. Denton                               Signature of Debtor 2
Signature of Debtor 1

Date  **August 1, 2016**                              Date

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Southern District of New York

In re  **Nicholas G. A. Denton**                                         Case No.
Debtor(s)                                                                Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ **200,000.00** |
   | Prior to the filing of this statement I have received | $ **200,000.00** |
   | Balance Due | $ **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See retention papers.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 1, 2016** | **/s/ Ilana Volkov** |
| *Date* | **Ilana Volkov 2500049 (NY)** |
| | *Signature of Attorney* |
| | **Cole Schotz P.C.** |
| | **1325 Avenue of the Americas, 19th Floor** |
| | **New York, NY 10019-6079** |
| | **212-752-8000   Fax: 212-752-8393** |
| | *Name of law firm* |

**United States Bankruptcy Court**
Southern District of New York

In re   Nicholas G. A. Denton                                              Case No.
                                    Debtor(s)                              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   August 1, 2016

Nicholas G. A. Denton
Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

```
AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270


ASHLEY TERRILL
C/O LAW OFFICES OF ANTHONY M. VASSALLO
305 FIFTH AVENUE, SUITE 1B
ATTN: ANTHONY M. VASSALLO, ESQ.
BROOKLYN, NY 11215


ASHLEY TERRILL
ATTN: LAN VU, ESQ.
C/O HARDER MIRELL ABRAMS LLP
132 S RODEO DRIVE
BEVERLY HILLS, CA 90212


CHARLES C. JOHNSON (PRO SE DEFENDANT)
2770 MESA AVENUE
CLOVIS, CA 93611


CON EDISON
JAF STATION
PO BOX 1702
NEW YORK, NY 10116-1702


CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE 19808


DR. SHIVA AYYADURAI
C/O LAW OFFICES OF ANTHONY M. VASSALLO
305 FIFTH AVENUE, SUITE 1B
ATTN: ANTHONY M. VASSALLO, ESQ.
BROOKLYN, NY 11215


DR. SHIVA AYYADURAI
ATTN: TIMOTHY M. CORNELL, ESQ.
C/O GARDNER CORNELL, P.C.
33 MOUNT VERNON STREET
BOSTON, MA 02108


GAWKER MEDIA 401(K)
C/O FIDELITY INVESTMENTS
ATTN: ALLEN JOHNSON
900 SALEM STREET
SMITHFIELD, RI 02917
```

```
GAWKER MEDIA GROUP, INC.
114 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NY 10011


GEOFFREY DENTON
11 OAKHILL AVENUE
LONDON
NW3 7RD
UNITED KINGDOM


GOT NEWS, LLC
PO BOX 3102
ATTN: PRESIDENT OR GENERAL COUNSEL
CLOVIS, CA 93611


JP MORGAN CHASE
270 PARK AVENUE
NEW YORK, NY 10017


JPMORGAN CHASE
PO BOX 15123
WILMINGTON, DE 19850-5123


JPMORGAN CHASE BANK, NA
PO BOX 78420
PHOENIX, AZ 85062-8420


LABORATORY CORPORATION OF AMERICA
PO BOX 2240
BURLINGTON, NC 27216-2240


LAZAR MECHANICAL
147 ESSEX STREET
NEW YORK, NY 10002


MEANITH HUON
HUON LAW FIRM
P.O. BOX 441
CHICAGO, IL 60690


SILICON VALLEY BANK
505 FIFTH AVENUE, 11TH FLOOR
ATTN: MS. JOCELYN HARTMANN
NEW YORK, NY 10017
```

```
SILICON VALLEY BANK
ATTN: CHARLES W. STAVROS, ESQ.
RIEMER & BRAUNSTEIN LLP
THREE CENTER PLAZA
BOSTON, MA 02108


TERRY BOLLEA
ATTN: ERIC FISHER, ESQ.
C/O BINDER & SCHWARTZ LLP
366 MADISON AVENUE, 6TH FLOOR
NEW YORK, NY 10017


TERRY BOLLEA
ATTN: MARK D. SPATZ, ESQ.
C/O COHEN & GRESSER LLP
800 THIRD AVENUE, 21ST FLOOR
NEW YORK, NY 10022


TERRY BOLLEA
ATTN: KENNETH G. TURKEL, ESQ.
C/O BAJO CUVA COHEN TURKEL P.A.
100 NORTH TAMPA STREET, SUITE 1900
TAMPA, FL 33602


TIME WARNER CABLE
41-51 KISSENA BOULEVARD
FLUSHING, NY 11355-3189
```

Certificate Number: 14751-NYS-CC-027745073



14751-NYS-CC-027745073

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 13, 2016</u>, at <u>10:48</u> o'clock <u>AM PDT</u>, <u>Nicholas G Denton</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 13, 2016</u>              By:   <u>/s/AMEY AIONO</u>

                                        Name: <u>AMEY AIONO</u>

                                        Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).