UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            :      Chapter 11
                                                  :
                                                  :
                                                  :
**Nicholas G. A. Denton.,**                       :
                                                  :
                                                  :      Case No. **16-12239** (SMB)
                    Debtor                        :
------------------------------------------------------------x

### ORDER SCHEDULING INITIAL CASE CONFERENCE

**Nicholas G. A. Denton.,** the ("Debtor ") having filed a petition for reorganization Under Chapter 11 of the Bankruptcy Code August 1st, 2016 and the Court having determined that a Case Management Conference will aid in the efficient conduct of the case, it is

     ORDERED, pursuant to 11 U.S.C. § 105(d), that an Initial Case Management Conference will be conducted by the undersigned Bankruptcy Judge in Room **723**, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 **on Thursday September 15th, 2016 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, inter alia, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional Case Management Conferences; and it is further

     ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: August 1st, 2016
New York, New York

                                                      /s/ STUART M. BERNSTEIN
                                               UNITED STATES BANKRUPTCY JUDGE

Service List

Nicholas G. A. Denton
76 Crosby Street, Apt. 2B
New York, NY 10012

Ilana Volkov
Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07601

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014