**BINDER & SCHWARTZ LLP**
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299

*Attorneys for Terry Gene Bollea*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re:

NICHOLAS G.A. DENTON,

                     Debtor.

Chapter 11

Case No. 16-12239 (SMB)

------------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND OTHER DOCUMENTS

     PLEASE TAKE NOTICE that the undersigned appears as attorney for Terry Gene Bollea, a party-in-interest in the above captioned case and, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

                     **BINDER & SCHWARTZ LLP**
                     Eric B. Fisher
                     366 Madison Avenue, 6th Floor
                     New York, New York 10017
                     Telephone: (212) 510-7008
                     Facsimile: (212) 510-7299
                     E-mail: efisher@binderschwartz.com

     PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated:  August 1, 2016
         New York, New York

**BINDER & SCHWARTZ LLP**

By: /s/ Eric B. Fisher
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Email: efisher@binderschwartz.com

*Attorneys for Terry Gene Bollea*

2