# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: brichards | Date Created: 8/2/2016 |
| Case: 16–12239–smb | Form ID: 309E | Total: 38 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

intp     Terry G. Bollea

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     Nicholas G. A. Denton     76 Crosby Street, Apt. 2B     New York, NY 10012

ust     United States Trustee     Office of the United States Trustee     U.S. Federal Office Building     201 Varick Street, Room 1006     New York, NY 10014

aty     Daniel H. Tabak     Cohen & Gresser LLP     800 Third Avenue     21st Floor     New York, NY 10022

aty     Eric Fisher     Binder & Schwartz LLP     366 Madison Avenue, 6th Floor     New York, NY 10017

aty     Ilana Volkov     Cole Schotz P.C.     25 Main Street     Hackensack, NJ 07601

aty     Jessica L Jimenez     Binder & Schwartz LLP     366 Madison Ave.     6th Floor     New York, NY 10017

aty     Mark D. Spatz     Cohen & Gresser LLP     800 Third Avenue     21st Floor     New York, NY 10022

smg     New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205–0300

smg     United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007

smg     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101–7346

smg     N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201–0551

smg     New York City Dept. Of Finance     345 Adams Street, 3rd Floor     Attn: Legal Affairs – Devora Cohn     Brooklyn, NY 11201–3719

6998492     AMERICAN EXPRESS     PO BOX 1270     NEWARK, NJ 07101–1270

6998494     ASHLEY TERRILL     ATTN: LAN VU, ESQ.     C/O HARDER MIRELL ABRAMS LLP     132 S RODEO DRIVE     BEVERLY HILLS, CA 90212

6998493     ASHLEY TERRILL     C/O LAW OFFICES OF ANTHONY M. VASSALLO     305 FIFTH AVENUE, SUITE 1B     ATTN: ANTHONY M. VASSALLO, ESQ.     BROOKLYN, NY 11215

6998512     BINDER & SCHWARTZ LLP     Attorneys for TERRY BOLLEA     ATTN: ERIC FISHER, ESQ.     366 MADISON AVENUE, 6TH FLOOR     NEW YORK, NY 10017

6998863     BINDER & SCHWARTZ LLP     Attorneys for Terry Gene Bollea     ATTN: Jessica L. Jimenez     366 MADISON AVENUE, 6TH FLOOR     NEW YORK, NY 10017

6998495     CHARLES C. JOHNSON (PRO SE DEFENDANT)     2770 MESA AVENUE     CLOVIS, CA 93611

6998513     COHEN & GRESSER LLP     Attorneys for TERRY BOLLEA     ATTN: MARK D. SPATZ, ESQ.     800 THIRD AVENUE, 21ST FLOOR     NEW YORK, NY 10022

6998496     CON EDISON     JAF STATION     PO BOX 1702     NEW YORK, NY 10116–1702

6998497     CORPORATION SERVICE COMPANY     2711 CENTERVILLE ROAD, SUITE 400     WILMINGTON, DE 19808

6998499     DR. SHIVA AYYADURAI     ATTN: TIMOTHY M. CORNELL, ESQ.     C/O GARDNER CORNELL, P.C.     33 MOUNT VERNON STREET     BOSTON, MA 02108

6998498     DR. SHIVA AYYADURAI     C/O LAW OFFICES OF ANTHONY M. VASSALLO     305 FIFTH AVENUE, SUITE 1B     ATTN: ANTHONY M. VASSALLO, ESQ.     BROOKLYN, NY 11215

6998500     GAWKER MEDIA 401(K)     C/O FIDELITY INVESTMENTS     ATTN: ALLEN JOHNSON     900 SALEM STREET     SMITHFIELD, RI 02917

6998501     GAWKER MEDIA GROUP, INC.     114 FIFTH AVENUE, 2ND FLOOR     NEW YORK, NY 10011

6998502     GEOFFREY DENTON     11 OAKHILL AVENUE     LONDON     NW3 7RD     UNITED KINGDOM

6998503     GOT NEWS, LLC     PO BOX 3102     ATTN: PRESIDENT OR GENERAL COUNSEL     CLOVIS, CA 93611

6998504     JP MORGAN CHASE     270 PARK AVENUE     NEW YORK, NY 10017

6998505     JPMORGAN CHASE     PO BOX 15123     WILMINGTON, DE 19850–5123

6998506     JPMORGAN CHASE BANK, NA     PO BOX 78420     PHOENIX, AZ 85062–8420

6998507     LABORATORY CORPORATION OF AMERICA     PO BOX 2240     BURLINGTON, NC 27216–2240

6998508     LAZAR MECHANICAL     147 ESSEX STREET     NEW YORK, NY 10002

6998509     MEANITH HUON     HUON LAW FIRM     P.O. BOX 441     CHICAGO, IL 60690

6998510     SILICON VALLEY BANK     505 FIFTH AVENUE, 11TH FLOOR     ATTN: MS. JOCELYN HARTMANN     NEW YORK, NY 10017

6998511     SILICON VALLEY BANK     ATTN: CHARLES W. STAVROS, ESQ.     RIEMER & BRAUNSTEIN LLP     THREE CENTER PLAZA     BOSTON, MA 02108

6998514     TERRY BOLLEA     ATTN: KENNETH G. TURKEL, ESQ.     C/O BAJO CUVA COHEN TURKEL P.A.     100 NORTH TAMPA STREET, SUITE 1900     TAMPA, FL 33602

6998515     TIME WARNER CABLE     41–51 KISSENA BOULEVARD     FLUSHING, NY 11355–3189

TOTAL: 37