UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re: : Chapter 11
:
NICHOLAS G. A. DENTON, : Case No. 16-12239 (SMB)
:
Debtor.[1] :
:
------------------------------------------------------------x

# ORDER SHORTENING NOTICE PERIOD AND SCHEDULING HEARING WITH RESPECT TO DEBTOR'S MOTION PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO LEASE RESIDENTIAL REAL ESTATE

Upon the motion (the "**Motion to Shorten**")[2] of the debtor and debtor-in-possession in the above-captioned chapter 11 case for entry of an order, pursuant to Bankruptcy Rule 9006(c) and Local Bankruptcy Rule 9077-1, shortening the time for notice of the Debtor's Motion for Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Authorizing the Debtor to Lease Residential Real Estate (the "**Lease Approval Motion**"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that the relief requested by the Motion to Shorten is in the best interests of the Debtor, and his estate and creditors; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

**ORDERED that:**

    1.    The Motion to Shorten is GRANTED as set forth herein.

---

[1] The last four digits of the Debtor's social security number are 1234.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

55451/0001-13494694v1

   2. A hearing to consider the Lease Approval Motion will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723, of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on August 24th, 2016, at 10:00 a.m. (Eastern Time).

   3. The deadline to respond or object to the relief requested in the Lease Approval Motion is August 24th, 2016, at 9:00 a.m. (Eastern Time).

   4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

   5. **The debtor is directed to serve a copy of this order and the Lease Approval Motion on the condominium association, the Bank Mortgage, the U.S. Trustee, any party that filed a notice of appearance and the twenty largest unsecured creditors by email, facsimile or overnight mail by August 19th, 2016. [SMB: 8/19/16]**

**Dated: August 19th, 2016**
   **New York, New York**

            **/s/ STUART M. BERNSTEIN**
            **Honorable Stuart M. Bernstein**
            **United States Bankruptcy Judge**