**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                            :

In re:                                      :         Chapter 11
                                            :

NICHOLAS G. A. DENTON,         :         Case No. 16-12239 (SMB)
                                            :

                         Debtor.[1]              :
                                            :
---------------------------------------------------------x

**ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING
THE DEBTOR TO REDACT AND FILE UNDER SEAL CERTAIN
CONFIDENTIAL PORTIONS OF NON-COMPETITION AND
NON-SOLICITATION AGREEMENT WITH UNIMODA LLC**

Upon the motion (the "**Motion**")[2] of the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "**Chapter 11 Case**") for entry of an order, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, authorizing the Debtor to redact and file under seal the Carve-Out provision of the Non-Compete Agreement which the Debtor filed in redacted form as an exhibit to the *Debtor's Motion for Order Pursuant to Section 105(a) and 363 of the Bankruptcy Code Approving the Debtor's Entry Into Non-Competition and Non-Solicitation Agreement with UniModa, LLC* (the "**Non-Compete Approval Motion**"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Motion is in the best interests of the Debtor, and his estate and creditors; and after due deliberation thereon and good and sufficient cause appearing therefor,

It is hereby **ORDERED that:**

---

[1] The last four digits of the Debtor's social security number are 1234.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. The Motion is GRANTED as set forth herein.

2. In accordance with Bankruptcy Code § 107(b) and Bankruptcy Rule 9018, the Debtor is authorized to redact and file under seal the Carve-Out provision of the Non-Compete Agreement which the Debtor filed in redacted form as an exhibit to the Non-Compete Approval Motion.

3. At the conclusion of the Chapter 11 Case, any copies of the documents sealed pursuant to this Order shall be retrieved by the Debtor for disposal.

4. Entry of this Order is without prejudice to the right of any party in interest, or the United States Trustee, to seek relief from this Order or any part of it.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: August 22, 2016
      New York, New York

    /s/ STUART M. BERNSTEIN
    Honorable Stuart M. Bernstein
    United States Bankruptcy Judge