SIMPSON THACHER & BARTLETT LLP
Sandy Qusba
William T. Russell, Jr.
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile:  (212) 455-2502

*Counsel to Official Committee of Unsecured Creditors of Gawker Media LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>*Nicholas G.A. Denton,*<br><br>Debtor. | Chapter 11<br><br>Case No. 16-12239 (SMB) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE
OF PAPERS BY SIMPSON THACHER & BARTLETT LLP
ON BEHALF OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
GAWKER MEDIA LLC, *ET AL.***

PLEASE TAKE NOTICE that Simpson Thacher & Bartlett LLP ("**Simpson**

**Thacher**") is the counsel for the Official Committee of Unsecured Creditors of Gawker

Media LLC, *et al.*, Case No. 11700 (SMB) (the "**Gawker Committee**").

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of title 11 of

the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Simpson Thacher

requests that all notices given or required to be given in the above captioned case, and all

papers served or required to be served in the above captioned case, be given and served upon

Simpson Thacher at the office, address and telephone number set forth below, and that

Simpson Thacher be added to the mailing matrix on file with the Clerk of the Bankruptcy

Court as follows:

> Sandy Qusba, Esq.
> William T. Russell, Jr., Esq.
> Simpson Thacher & Bartlett LLP
> 425 Lexington Avenue
> New York, New York 10017
> Ph:      212-455-2000
> Fax:    212-455-2502
>
> E-mail: squsba@stblaw.com
> E-mail: wrussell@stblaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to

in the Bankruptcy Rules specified above, but also includes, without limitation, orders and

notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure

statements, or plans of reorganization transmitted or conveyed by mail delivery, ECF,

telephone, telecopier or otherwise, which affects the above-captioned Debtor, property of the

Debtor, or the Gawker Committee.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and

Demand for Service of Papers (this "**Notice**") nor any later appearance, pleading, proof of

claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core

and other matters entered only after de novo review by a District Judge, (ii) the right to trial

by jury in any proceeding related to this Chapter 11 case or any case, controversy, or

proceeding related to this Chapter 11 case, (iii) the right to have the District Court withdraw

the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any

objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect

to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses,

setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of

which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.


Dated: New York, New York
      August 22, 2016

                                    SIMPSON THACHER & BARTLETT
                                    LLP


                                    By: /s/ Sandy Qusba_____
                                        Sandy Qusba
                                        William T. Russell, Jr.

                                    425 Lexington Avenue
                                    New York, New York 10017
                                    Ph:    212-455-2000
                                    Fax:   212-455-2502

                                    *Counsel to Official Committee of*
                                    *Unsecured Creditors of Gawker Media*
                                    *LLC, et al.*