**United States Bankruptcy Court**
Southern District of New York

In re   Nicholas G. A. Denton                                  Case No.   16-12239
                                    Debtor(s)                  Chapter    11

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   8/22/16

                            Nicholas G. A. Denton
                            Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

A.J. DAULERIO
C/O THOMAS & LOCICERO PL
601 SOUTH BOULEVARD, PO BOX 2602
ATTN: GREGG D. THOMAS, ESQ.
TAMPA, FL 33606


ASHLEY TERRILL
ATTN: ANDREA MOSS, ESQ.
C/O LAW OFFICES OF ANDREA MOSS, ESQ.
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007


BREAKING MEDIA
C/O MANDEL MENKES LLC
ONE NORTH FRANKLIN, SUITE 3600
ATTN: STEVEN P. MANDELL, ESQ.
CHICAGO, IL 60606


CITRINCOOPERMAN
529 FIFTH AVENUE
ATTN: MIKE RHODES, CPA
NEW YORK, NY 10017


DAVID LAT
C/O MANDELL MENKES LLC
ONE NORTH FRANKLIN, SUITE 3600
ATTN: STEVEN P. MANDELL, ESQ.
CHICAGO, IL 60606


DAVID MINKIN
C/O MANDELL MENKES LLC
ONE NORTH FRANKLIN, SUITE 3600
ATTN: STEVEN P. MANDELL, ESQ.
CHICAGO, IL 60606


ELIE MYSTAL
C/O MANDELL MENKES LLC
ONE NORTH FRANKLIN, SUITE 3600
ATTN: STEVEN P. MANDELL, ESQ.
CHICAGO, IL 60606

JOHN COOK
C/O LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 WEST 44TH STREET, SUITE 1000
ATTN: KATHERINE M. BOLGER, ESQ.
NEW YORK, NY 10036


JOHN COOK
C/O LEVINE SULLIVAN KOCH & SCHULTZ LLP
321 W. 44TH STREET, SUITE 1000
ATTN: RACHEL F. STROM, ESQ.
NEW YORK, NY 10036


JOHN LERNER
C/O MANDELL MENKES LLC
ONE NORTH FRANKLIN, SUITE 3600
ATTN: STEVEN P. MANDELL, ESQ.
CHICAGO, IL 60606


SAM BIDDLE
C/O LEVINE SULLIVAN KOCH & SCHULTZ LLP
321 W. 44TH STREET, SUITE 1000
ATTN: KATHERINE MARY BOLGER
NEW YORK, NY 10036


SAM BIDDLE
C/O LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 WEST 44TH STREET, SUITE
ATTN: RACHEL F. STROM, ESQ.
NEW YORK, NY 10036


UNIMODA, LLC
605 3RD AVENUE
33RD FLOOR
NEW YORK, NY 10158

2