**COLE SCHOTZ P.C.**
Ilana Volkov
Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Proposed Counsel for Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NICHOLAS G. A. DENTON,<br><br>       Debtor. [1] | Case No. 16-12239 (SMB)<br><br>Chapter 11<br><br>**Related to Docket Nos. 25, 29 and 30** |

<u>**CERTIFICATE OF SERVICE**</u>

I, FRANCES PISANO, hereby certify:

1.   I am employed as a paralegal with the law firm of Cole Schotz P.C.; counsel to Nicholas G. A. Denton, debtor and debtor-in-possession ("Debtor") in the above-captioned Chapter 11 case.

2.   On August 19, 2016, this office caused true copies of the following pleadings to be served by facsimile, e-mail, overnight or express overnight service upon the attached service list:

    a.   Debtor's Motion for Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code Authorizing the Debtor to Lease Residential Real Estate [ECF Dkt No. 22];

    b.   Debtor's Ex Parte Motion Pursuant to Bankruptcy Rule 9006(c) to Shorten Time with Respect to the Debtor's Motion for Order Pursuant to Sections 105(a) and 363 of the

---

[1]  The last four digits of the Debtor's social security number are 1234.

Bankruptcy Code Authorizing the Debtor to Lease Residential Real Estate [ECF Dkt No. 23]; and

        c.      Order Shortening Notice Period And Scheduling Hearing With Respect To Debtors Motion Pursuant To Sections 105(A) And 363(B) Of The Bankruptcy Code Authorizing The Debtor To Lease Residential Real Estate [ECF Dkt No. 24];

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

/s/ *Frances Pisano*
FRANCES PISANO

2

## SERVICE LIST

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY   10014<br>Fax:  212-668-2255 | U.S. Trustee | Fax |
| A.J. Daulerio<br>c/o Thomas & Locicero PL<br>601 South Boulevard, PO Box 2602<br>Attn: Gregg D. Thomas, Esq.<br>Tampa, FL 33606<br>Email:  gthomas@tlolawfirm.com | Co-Defendant | Email |
| American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | Creditor | Express Mail |
| Ashley Terrill<br>Dr. Shiva Ayyadurai<br>c/o Law Offices Of Anthony M. Vassallo<br>Attn: Anthony M. Vassallo, Esq.<br>305 Fifth Avenue, Suite 1B<br>Brooklyn, NY 11215<br>Email:  amvassallo@gmail.com | Creditor | Email |
| Ashley Terrill<br>c/o Harder Mirell Abrams LLP<br>Attn:   Charles J. Harder, Esq.<br>          Lan Vu, Esq.<br>132 S Rodeo Drive, Suite 301<br>Beverly Hills, CA 90212<br>Email:  charder@hmafirm.com<br>Email:  lvu@hmafirm.com | Creditor | Email |

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Ashley Terrill<br>c/o Law Offices of Andrea Moss, Esq.<br>Attn: Andrea Moss, Esq.<br>100 Church Street, 8th Floor<br>New York, NY 10007 | Creditor | Overnight Mail |
| Breaking Media<br>c/o Mandel Menkes LLC<br>Attn: Steven P. Mandell, Esq.<br>One North Franklin, Suite 3600<br>Chicago, IL 60606<br>Email: smandell@mandellmenkes.com | Co-Defendant | Email |
| Charles C. Johnson (Pro Se Defendant)<br>2770 Mesa Avenue<br>Clovis, CA 93611 | Co-Defendant | Overnight Mail |
| CitrinCooperman<br>Attn: Mike Rhodes, CPA<br>529 Fifth Avenue<br>New York, NY 10017 | Creditor | Overnight Mail |
| Con Edison<br>JAF Station<br>PO Box 1702<br>New York, NY 10116-1702 | Creditor | Express Mail |
| Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Creditor | Overnight Mail |
| David Lat, David Minkin, Elie Mystal, John Lerner<br>c/o Mandell Menkes LLC<br>Attn: Steven P. Mandell, Esq.<br>One North Franklin, Suite 3600<br>Chicago, IL 60606<br>Email: smandell@mandellmenkes.com | Co-Defendant | Email |

4

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Dr. Shiva Ayyadurai<br>Attn: Timothy M. Cornell, Esq.<br>c/o Cornell Dolan, P.C.<br>One International Place, Suite 1400<br>Boston, MA 02110<br>Email:  tcornell@cornelldolan.com | Creditor | Email |
| Gawker Media 401(K)<br>c/o Fidelity Investments<br>Attn: Allen Johnson<br>900 Salem Street<br>Smithfield, RI 02917 | Creditor | Overnight Mail |
| Gawker Media Group, Inc.<br>114 Fifth Avenue, 2nd Floor<br>New York, NY 10011 | Insider | Overnight Mail |
| Geoffrey Denton<br>11 Oakhill Avenue<br>London<br>NW3 7RD<br>United Kingdom | Insider | Overnight Mail |
| GOT News, LLC<br>PO Box 3102<br>Attn: President or General Counsel<br>Clovis, CA 93611 | Co-Defendant | Express Mail |
| John Cook, Sam Biddle<br>c/o Levine Sullivan Koch & Schultz LLP<br>321 W. 44th Street, Suite 1000<br>Attn:   Rachel F. Strom, Esq.<br>         Katherine M. Bolger, Esq.<br>New York, NY 10036<br>Email:  RStrom@lskslaw.com<br>Email:  KBolger@lskslaw.com | Co-Defendant | Email |

55451/0001-13502456v1

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| JP Morgan Chase<br>270 Park Avenue<br>New York, NY 10017 | Creditor | Overnight Mail |
| JP Morgan Chase<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Creditor | Express Mail |
| JP Morgan Chase Bank, NA<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | Creditor | Express Mail |
| Laboratory Corporation of America<br>PO Box 2240<br>Burlington, NC 27216-2240 | Creditor | Express Mail |
| Lazar Mechanical<br>147 Essex Street<br>New York, NY 10002 | Creditor | Overnight Mail |
| Meanith Huon<br>Huon Law Firm<br>P.O. Box 441<br>Chicago, IL 60690 | Creditor | Express Mail |
| Silicon Valley Bank<br>Attn: Ms. Jocelyn Hartmann<br>505 Fifth Avenue, 11th Floor<br>New York, NY 10017 | Creditor | Overnight Mail |
| Silicon Valley Bank<br>Riemer & Braunstein LLP<br>Attn: Charles W. Stavros, Esq.<br>Three Center Plaza<br>Boston, MA 02108<br>Email:  cstavros@riemerlaw.com | Creditor | Email |

6

| NAME AND ADDRESS OF PARTY SERVED | RELATIONSHIP OF PARTY TO THE CASE | MODE OF SERVICE |
|---|---|---|
| Terry Bollea<br>c/o Binder & Schwartz LLP<br>Attn:  Eric Fisher, Esq.<br>Jessica L. Jimenez, Esq.<br>366 Madison Avenue, 6th Floor<br>New York, NY 10017<br>Email:  efisher@binderschwartz.com<br>Email:  jjimenez@binderschwartz.com | Creditor | Email |
| Terry Bollea<br>c/o Cohen & Gresser LLP<br>Attn:   Mark D. Spatz, Esq.<br>Daniel H. Tabak, Esq.<br>800 Third Avenue, 21st Floor<br>New York, NY 10022<br>Email:  mspatz@cohengresser.com<br>Email:  dtabak@cohengresser.com | Creditor | Email |
| Terry Bollea<br>c/o Bajo Cuva Cohen Turkel P.A.<br>Attn:   Kenneth G. Turkel, Esq.<br>Shane B. Vogt, Esq.<br>100 North Tampa Street, Suite 1900<br>Tampa, FL 33602<br>Email:  kturkel@bajocuva.com<br>Email:  shane.vogt@bajocuva.com | Creditor | Email |
| Time Warner Cable<br>41-51 Kissena Boulevard<br>Flushing, NY 11355-3189 | Creditor | Overnight Mail |
| ZDGM LLC<br>c/o Ziff Davis, LLC<br>28 East 28th Street.<br>Attn: Legal Dept/General Counsel<br>New York, NY 10010 | Interested Party | Overnight Mail |
| The Bayard House Condominium Association<br>81 Spring Street<br>New York, NY 10012 | Interested Party | Overnight Mail |

7

8