UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re | Nicholas G. A. Denton | Case No. | 16-12239 (SMB) |
|---|---|---|---|
| | Debtor | Reporting Period: | Aug-16 |
| | | Social Security # | xxx-xxxx-1234 |
| | | (last 4 digits only) | |

## MONTHLY OPERATING REPORT

### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the**

**month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the*

*end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | Yes | |
| Balance Sheet | MOR-3 (INDV) | Yes | |
| Copies of tax returns filed during reporting period | | | N/A |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Yes | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | Yes | |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and

correct to the best of my knowledge and belief.

| | | Date | 9/15/16 |
|---|---|---|---|
| | | Date | |

| In re | Nicholas G. A. Denton | Case No. | 16-12239 (SMB) |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | Aug-16 |

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending

cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was

filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes

the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must

be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 158,908.97 | |
| **RECEIPTS** | | |
| Wages (Net) | 29,151.00 | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (*attach schedule*) | | |
| **Total Receipts** | 29,151.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 4,400.00 | |
| Housekeeping | 950.00 | |
| Utilities | 2,620.00 | |
| Insurance | 4,846.00 | |
| Transportation | 236.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 368.00 | |
| Medical Expenses | 200.00 | |
| Food, Clothing, Hygiene | 2,457.00 | |
| Spouse | 2,500.00 | |
| Personal Care | 271.00 | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |

| | Current Month | Cumulative Filing to Date |
|---|---|---|
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | 109.00 | |
| Gifts | | |
| Other *(attach schedule)* | 462.00 | |
| **Total Ordinary Disbursements** | 19,419.00 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 19,419.00 | |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 9,732.00 | |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank* | 168,640.97 | |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

### (continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Catering | 400 | |
| Business services | 62 | |
| | | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **Other Reorganization Expenses** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 19,419.00 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

| In re | Nicholas G. A. Denton | | Case No. | 16-12239 (SMB) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Debtor | | Reporting Period: | Aug-16 | | | | | |

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | HSBC Checking** | JPM Personal** | JPM Joint** | TD Bank - DIP | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | # | # | # | xxxxx0826 | | | | | |
| **BALANCE PER** | 0 | ($222.09) | $24,864.37 | $143,755.43 | | | | | |
| | | | | | | | | | |
| BANK BALANCE | 0 | ($222.09) | $24,864.37 | $143,755.43 | | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH* | | | | | | | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH* | | | | | | | | | |
| OTHER  *(ATTACH EXPLANATION)* | | | | | | | | | |
| | | | | | | | | | |
| **ADJUSTED BANK BALANCE *** | 0 | ($222.09) | $24,864.37 | $143,755.43 | | | | | |
| *"Adjusted Bank Balance" must equal "Balance per Books"* | | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| OTHER | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

** These accounts were closed pursuant to the General Guidelines of the Office of the United States Trustee and the Debtor now transacts business solely through its approved DIP account at TD Bank, referenced above.

| In re | Nicholas G. A. Denton | | Case No. | 16-12239 (SMB) | |
|---|---|---|---|---|---|
| | Debtor | | Reporting Period: | Aug-16 | |
| | | | | | |

## DISBURSEMENT JOURNAL**

### ** Bank Statements provided to U.S. Trustee's office

#### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Cash Disbursements | | | |

#### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Bank Account Disbursements | | | |
| | | | | |
| | | | | |
| | Total Disbursements for the Month | | | |

| In re | Nicholas G. A. Denton | Case No. | 16-12239 (SMB) |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | Aug-16 |

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from

post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | 4,250,000.00 | 4,250,000.00 |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | 4,250,000.00 | 4,250,000.00 |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | 500.00 | 500.00 |
| Bank Accounts | 168,397.71 | 154,696.92 |
| Security Deposits (bankruptcy counsel retainer) | 140,030.61 | 140,030.61 |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | 2,200.00 | 2,200.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing (401k) | 101,079.00 | 101,079.00 |
| Equity in Gawker Media Group, Inc. (value is estimated, contigent and unliquidated | 30,000,000.00 | 30,000,000.00 |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |

| | | |
|---|---|---|
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| TOTAL PERSONAL PROPERTY | 30,412,207.32 | 30,398,506.53 |
| TOTAL ASSETS | 34,662,207.32 | 34,648,506.53 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | $70,570.95 | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| *TOTAL POST-PETITION LIABILITIES* | $70,570.95 |  |
| **LIABILITIES SUBJECT TO COMPROMISE (*Pre-Petition*)** |  |  |
| Secured Debt | $1,732,753.46 | $1,732,753.46 |
| Priority Debt |  |  |
| Unsecured Debt | $270,344,902.40 | $270,344,902.40 |
| *TOTAL PRE-PETITION LIABILITIES* | $272,077,655.86 | $272,077,655.86 |
| *TOTAL LIABILITIES* | $272,148,226.81 | $272,077,655.86 |
|  |  |  |

| In re | Nicholas G. A. Denton | | | Case No. | 16-12239 (SMB) | |
|---|---|---|---|---|---|---|
| | **Debtor** | | | **Reporting Period:** | Aug-16 | |

### SUMMARY OF UNPAID POST-PETITION DEBTS

| | | | **Number of Days Past Due** | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | $1,732,753.46 | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | $1,732,753.46 | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

| In re | Nicholas G. A. Denton | | Case No. | 16-12239 (SMB) |
|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | Aug-16 |

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. | $14,985.12 | 0 | 14985.12 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | 0 | |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| In re | Nicholas G. A. Denton | | Case No. | 16-12239 (SMB) | |
|---|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | Aug-16 | |
| | | | | | |
| | | | | | |
| | **DEBTOR QUESTIONNAIRE** | | | | |
| | | | | | |
| | **Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** | | |
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | | ** | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X | | |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | | |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X | | |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X | | |
| 6 | Are any post petition State or Federal income taxes past due? | | X | | |
| 7 | Are any post petition real estate taxes past due? | | X | | |
| 8 | Are any other post petition taxes past due? | | X | | |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X | | |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X | | |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X | | |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | | |

**Funds were disbursed from non-DIP accounts only during the interim period between the date the chapter 11 case was commenced on August 1, 2016 and the date the Debtor's DIP account was opened.