**Presentment Date: October 11, 2016 at 12:00 pm**
**Objection Date: October 7, 2016 at 4:00 pm**

**COLE SCHOTZ P.C.**
Ilana Volkov, Esq.
Mark Tsukerman, Esq.
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Counsel for Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re:                                               :    Chapter 11
:
NICHOLAS G. A. DENTON,                               :    Case No. 16-12239 (SMB)
:
Debtor.[1]                          :
:
---------------------------------------------------------x

**NOTICE OF PRESENTMENT OF DEBTOR'S APPLICATION FOR**
**ORDER ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM**
**AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

**PLEASE TAKE NOTICE** that upon the attached application (the "**Bar Date Application**") of the above-captioned debtor and debtor in possession (the "**Debtor**"), the Debtor will present the Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof, substantially in the form attached to the Bar Date Application as **Exhibit A** (the "**Proposed Order**"), for signature to the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for Southern District of New York (the

---
[1] The last four digits of the Debtor's social security number are 1234.

"**Court**"), One Bowling Green, New York, New York 10004 on **October 11, 2016, at 12:00 p.m. (ET)** (the "**Presentment Date**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to entry of the Proposed Order must:  (a) be in writing; (b) state with particularity the grounds thereof; (c) be filed with the Clerk of the Bankruptcy Court in accordance with the General Order No. M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov/) with a hard copy delivered directly to chambers and (d) be served so as to be received no later than **October 7, 2016, at 4:00 p.m. (ET)** (the "**Objection Deadline**") upon (i) counsel for Nicholas G. A. Denton, Cole Schotz P.C., 1325 Avenue of the Americas, New York, New York 10019, Attn: Mark Tsukerman, Esq.; and (ii) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York  10014, Attn:  Greg Zipes, Esq. and Susan Arbeit, Esq.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and received by the Objection Deadline, the Proposed Order may be approved and entered by the Court without further notice or a hearing.  Please be advised that if an objection is timely filed to the relief requested, or if the Bankruptcy Court determines that a hearing is appropriate, the Court will schedule a hearing.

Dated: New York, New York
September 22, 2016

                        COLE SCHOTZ P.C.

                        */s/ Ilana Volkov*
                        Ilana Volkov
                        Mark Tsukerman
                        1325 Avenue of the Americas, 19th Floor
                        New York, New York 10019
                        Telephone: (212) 752-8000
                        Facsimile: (212) 752-8393

                        – and –

                        Warren A. Usatine (admitted *pro hac vice*)
                        Court Plaza North
                        25 Main Street
                        P.O. Box 800
                        Hackensack, New Jersey  07602-0800
                        Telephone: (201) 489-3000
                        Facsimile: (201) 489-1536

                        *Counsel for Debtor and*
                        *Debtor-in-Possession*