UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
: 
In re: : Chapter 11
:
NICHOLAS G. A. DENTON, : Case No. 16-12239 (SMB)
:
Debtor.[1] :
:
---------------------------------------------------------x

### ORDER EXTENDING EXCLUSIVE PERIODS TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO 1121(d) OF THE BANKRUPTCY CODE

Upon the motion (the "**Motion**")[2] of the debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**") for an order pursuant to section 1121(d) of title 11 of the United States Code (the "**Bankruptcy Code**") extending the Debtor's exclusive periods to file a chapter 11 plan and to solicit acceptances thereof; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the court having found that the Motion is a core proceeding within the meaning of 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interest of the Debtor's estate and his creditors; and no objections to the Motion having been filed, and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

---

[1] The last four digits of the Debtor's social security number are 1234.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The Debtor's Exclusive Filing Period is extended through and including February 27, 2017.

3. The Debtor's Exclusive Solicitation Period is extended through and including April 28, 2017.

4. The entry of this Order is without prejudice to the Debtor's right to request further extensions of the Exclusive Periods or seek other appropriate relief.

5. Notwithstanding any provision in the Bankruptcy Rules to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: December 6th, 2016
      New York, New York

                               /s/ STUART M. BERNSTEIN
                               HONORABLE STUART M. BERNSTEIN
                               UNITED STATES BANKRUPTCY JUDGE